**UNITED STATES DISTRICT COURT**

Northern District of California

| | |
|---|---|
| GERALDINE P. SUELEN, <br><br> Plaintiff, <br> v. <br><br> WELLS FARGO BANK, N.A., et al., <br><br> Defendants. <br> _____/ | No. C 13-002 MEJ <br><br> **ORDER RE: DEFENDANT GOLDEN WEST SAVINGS ASSOC. SERVICE CO.** |

Defendant Cal-Western Reconveyance Corporation has made no appearance in this matter since the case was removed from Contra Costa County Superior Court on January 2, 2013. As it is not clear whether Cal-Western has been served, the Court ORDERS Plaintiff Geraldine Suelen to file a status report regarding service on Cal-Western by February 19, 2013.

**IT IS SO ORDERED.**

Dated: February 11, 2013

_____
Maria-Elena James
United States Magistrate Judge