UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GERALDINE P. SUELEN, | No. C 13-002 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Defendant Cal-Western Reconveyance Corporation has made no appearance in this matter since the case was removed from Contra Costa County Superior Court on January 2, 2013. Accordingly, on February 11, 2013, the Court ordered Plaintiff Geraldine Suelen to file a status report regarding service on Cal-Western by February 19, 2013. Plaintiff has failed to respond. As it is not clear that Cal-Western has been served, the Court hereby ORDERS Plaintiff Geraldine Suelen to show cause why Cal-Western should not be dismissed from this case. Plaintiff shall file a declaration by February 27, 2013.

**IT IS SO ORDERED.**

Dated: February 21, 2013

_____
Maria-Elena James
United States Magistrate Judge