UNITED STATES DISTRICT COURT

Northern District of California

GERALDINE P. SUELEN,

        Plaintiff,

  v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.

_____/

No. C 13-002 MEJ

**SECOND ORDER TO SHOW CAUSE**

On February 1, 2013, Plaintiff Geraldine Suelen filed a Motion to Remand, with a noticed hearing date of March 14, 2013. Dkt. No. 11. Although Defendants filed an Opposition, Plaintiff has failed to file a reply pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the March 14, 2013 hearing and ORDERS Plaintiff to show cause why the Motion to Remand should not be denied. Plaintiff shall file a declaration by March 5, 2013. If a responsive declaration is not filed, notice is hereby given to Plaintiff that the Court may deny the Motion to Remand. Thus, it is imperative that Plaintiff file a written response by March 5.

    **IT IS SO ORDERED.**

Dated: February 28, 2013

_____
Maria-Elena James
United States Magistrate Judge