UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GERALDINE P. SUELEN, | No. C 13-002 MEJ |
| Plaintiff, | **ORDER DIRECTING PLAINTIFF TO SERVE ATTACHED CONSENT NOTICE** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

The Court ORDERS Plaintiff Geraldine Suelen to serve the attached Consent/Declination Notice upon Defendant Cal-Western Reconveyance Corporation by March 5, 2013 and file proof of service by March 6, 2013.

**IT IS SO ORDERED.**

Dated: February 28, 2013

_____
Maria-Elena James
United States Magistrate Judge