UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| GERALDINE P. SUELEN, | No. C 13-002 MEJ |
| Plaintiff, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

As this matter has been referred to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference, the April 4, 2013 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: March 7, 2013

_____
Maria-Elena James
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California